**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**


LESLIE C. SWIACKI,          :

     Plaintiff,            :

vs.                      :      CA 09-0348-C

WILLIAM A. SWIACKI, JR.,  :
et al.,

                           :

     Defendants.

## **JUDGMENT**

In accordance with the memorandum opinion and order entered on this date, it is

hereby **ORDERED**, **ADJUDGED**, and **DECREED** that the motion for partial summary

judgment filed by plaintiff Leslie C. Swiacki (Doc. 34) be and the same hereby is

**DENIED**.

     **DONE** this the 27th day of January, 2010.

                   s/WILLIAM E. CASSADY        
                  **UNITED STATES MAGISTRATE JUDGE**